UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. BROWN, | No. C 05-2937 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| JEANNE WOODFORD, CDCR Director; et al., | |
| Defendants. | |

Defendants have filed an <u>ex parte</u> request for a sixty-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Michael Quinn, the court GRANTS the request. (Docket # 27.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendants must file and serve their dispositive motion no later than **July 13, 2007**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **August 17, 2007**.

3. Defendants must file and serve their reply brief, if any, no later than **September 7, 2007**.

IT IS SO ORDERED.

Dated: May 1, 2007

_____
SUSAN ILLSTON
United States District Judge