UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. BROWN, | No. C 05-2937 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JEANNE WOODFORD; et al., | |
| Defendants. / | |

Judgment is entered in favor of defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 20, 2007

_____
SUSAN ILLSTON
United States District Judge